IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEKAH RUSSELL,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>　　　　Defendant.<br>_____/ | No. CIV S-05-2027-CMK<br><br><br>ORDER |

　　　　Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g). Plaintiff has filed a notice of voluntary dismissal, which the court construes as a request for voluntary dismissal.

　　　　Pursuant to Eastern District of California Local Rules, Appendix A, this case is not assigned a District Judge until and unless the court receives affirmative notice that any party does not consent to Magistrate Judge jurisdiction. In order to address plaintiff's request for voluntary dismissal, which ultimately requires action by a District Judge, the court will direct the random assignment of a District Judge at this time. The court will address plaintiff's request for

1

voluntary dismissal once a District Judge has been assigned.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign a District Judge to this case and to update the docket to reflect the new case number.

DATED: February 28, 2006.

                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE