**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REBEKAH RUSSELL,<br><br>    Plaintiff,<br><br>  vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant.<br>_____/ | No. CIV S-05-2027-DFL-CMK<br><br><br>FINDINGS AND RECOMMENDATIONS |

      Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g). Plaintiff has filed a notice of voluntary dismissal, which the court construes as a motion for voluntary dismissal. Good cause appearing therefor, the court will recommend that plaintiff's motion be granted and that all other pending motions be denied as moot.

/ / /

/ / /

/ / /

/ / /

1

Based on the foregoing, the undersigned recommends that:

1. Plaintiff's motion for voluntary dismissal be granted;

2. This action be dismissed;

3. All other pending motions be denied as moot; and

4. The Clerk be directed to enter judgment and close this file.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within ten days after being served with these findings and recommendations, any party may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: March 16, 2006.

                                                                          /s/ Craig M. Kellison
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2