1

2

3

4

5

6

7

8                     **IN THE UNITED STATES DISTRICT COURT**

9                 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    REBEKAH RUSSELL,                    No. CIV S-05-2027-DFL-CMK

12              Plaintiff,

13         vs.                           ORDER

14    JO ANNE B. BARNHART,
      Commissioner of Social Security,

15
                Defendant.

16
      _____/

17

18         Plaintiff, who is proceeding with retained counsel, brings this action for judicial

19    review of a final decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g).

20    The matter was referred to a United States Magistrate Judge pursuant to Eastern District of

21    California local rules.

22         On March 17, 2006, the magistrate judge filed findings and recommendations

23    herein which were served on plaintiff and which contained notice to plaintiff that any objections

24    to the findings and recommendations were to be filed within ten days.  Plaintiff has not filed

25    objections to the findings and recommendations.

26    / / /

                                          1

1    The court has reviewed the file and finds the findings and recommendations to be

2  supported by the record and by the magistrate judge's analysis.

3    Accordingly, IT IS HEREBY ORDERED that:

4    1.    The findings and recommendations filed March 17, 2006, are adopted in

5  full;

6    2.    Plaintiff's motion for voluntary dismissal is granted;

7    3.    This action is dismissed;

8    4.    All other pending motions are denied as moot; and

9    5.    The Clerk of the Court is directed to enter judgment and close this file.

10

11  DATED: 5/9/2006

12

13

14    _____
   DAVID F. LEVI
15   United States District Judge

16

17

18

19

20

21

22

23

24

25

26

2